IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANNE L. ROSENBERG,**<br>          **Plaintiff,** | **CIVIL ACTION** |
| **v.** | |
| **THOMAS JEFFERSON UNIVERSITY HOSPITAL, INC.,**<br>          **Defendant.** | **NO. 15-4208** |

### O R D E R

**AND NOW**, this 12th day of May, 2016, upon consideration of Plaintiff's Amended Complaint (ECF No. 20), Defendants' Motion to Dismiss the Amended Complaint (ECF No. 21) and Plaintiff's Response in Opposition thereto (ECF No. 25), **IT IS HEREBY ORDERED:**

1. The motion to dismiss is **GRANTED**;

2. Plaintiff's Amended Complaint is **DISMISSED WITH PREJUDICE**; and

3. The Clerk of Court shall mark this case **CLOSED**.

                              **BY THE COURT:**


                              **/S/WENDY BEETLESTONE, J.**

                              _____
                              **WENDY BEETLESTONE, J.**